# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| United States of America | § | |
|---|---|---|
| | § | |
| vs. | § | NO: AU:19-CR-00192(14)-LY |
| | § | |
| (14) Lisa Anzaldua | § | |

## ORDER OF TEMPORARY DETENTION

A [X] Detention hearing and an [X] Arraignment hearing in this case is scheduled as follows:

| Place: 501 West 5th Street, Austin, Texas, 78701 | Courtroom No.: 6, 6th Floor |
|---|---|
| Presiding Judge: U.S. Magistrate Judge Susan Hightower | Date and Time: Monday, September 9, 2019 at 2:30pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

If the defendant chooses to waive hearing(s), a written waiver (attached) **must be signed by defendant and defendant's counsel and filed <u>by 4:00 p.m. the day before scheduled hearing</u>**.

September 05, 2019

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America

v.  Case Number: AU:19-CR-00192(14)-LY

(14) Lisa Anzaldua

## DEFENDANT'S WAIVER OF DETENTION HEARING

Defendant, (14) Lisa Anzaldua, files this waiver in response to the Order of Temporary Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive the right to a detention hearing, subject to their right to bring a motion concerning detention at a later date.

_Defendant_

Respectfully submitted,

_Date_

_Attorney for Defendant_

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was delivered to the Assistant United States Attorney on the _____ day of _____, 20 ___ .

_Attorney for Defendant_